UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16824
   PIERRE JACKSON

                              CHAPTER 13

                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2703

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/30/2008 and was not confirmed.

    The case was dismissed without confirmation 07/28/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| THE CIT GROUP/CONSUMER F | SECURED NOT I | NOT FILED | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

                          /s/ Tom Vaughn

   Dated: 10/22/08       _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE